# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158663

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TROY ANTONIO BROWN,
      Defendant-Appellant.

SC: 158663
COA: 336058
Macomb CC: 2015-002617-FC

_____/

On order of the Court, the application for leave to appeal the October 18, 2018 judgment of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall specifically address whether the uncorrected testimony of Detective-Sergeant Robert Eidt that defendant was the one who said that the truth was somewhere in the middle, as repeatedly reinforced by the trial prosecutor, "could in any reasonable likelihood have affected the judgment of the jury." *People v Smith,* 498 Mich 466, 476 (2015).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



Clerk

s0127